# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Elizabeth Moir,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>　　　　Defendant. | CIVIL ACTION NO. 1:15-cv-01141-WSD |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Elizabeth Moir, by and through counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendant Gentiva Health Services, Inc.

Respectfully submitted,

June 29, 2015

                                        By: /s/ Gilda A. Hernandez
                                        Gilda A. Hernandez
                                        THE LAW OFFICES OF GILDA
                                        A. HERNANDEZ, PLLC
                                        Gilda A. Hernandez
                                        315 S. Salem Street, Suite 310
                                        Apex, NC 27502
                                        (919) 741-8693

2007536.1

ghernandez@gildahernandezlaw.com

BARRETT & FARAHANY, LLP
Amanda A. Farahany,
GA Bar No. 646135
1100 Peachtree Street, NE,
Suite 500
Atlanta, GA 30309
404-214-0120
amanda@bf-llp.com

2

2007536.1

## CERTIFICATE OF SERVICE

I do hereby certify that on June 29, 2015, I caused the foregoing *NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(i)* to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to those registered as CM/ECF participants.

Respectfully submitted,

By: /s/ Gilda A. Hernandez
Gilda A. Hernandez
THE LAW OFFICES OF GILDA
A. HERNANDEZ, PLLC
Gilda A. Hernandez
315 S. Salem Street, Suite 310
Apex, NC 27502
(919) 741-8693
ghernandez@gildahernandezlaw.com

BARRETT & FARAHANY, LLP
Amanda A. Farahany,
GA Bar No. 646135
1100 Peachtree Street, NE,
Suite 500
Atlanta, GA 30309
404-214-0120
amanda@bf-llp.com

1